UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAYTONIUS LEWIS,     Petitioner,     v.     ALBERTO GONZALES *et al.*,     Respondents. | Civil Action No. 07-2099 (EGS) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that this case is DISMISSED for lack of jurisdiction. This is a final appealable Order.

SIGNED:   EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: January 10, 2008